## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Neal Weinstein             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-12601 AMC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz

Rebecca Solarz
23 Feb 2021, 15:12:05, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: afe7a88d1e5b70fffa7f3270f10ce632b985ebc150d2002af2678bb5b8004ea9