**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12601-amc |
| Neal Weinstein | : Chapter 13 |
|     Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|     Movant | : |
|     vs. | : |
| Neal Weinstein | : |
|     Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN

TO THE CLERK:

    Please mark the Objection to Confirmation of the Plan, filed on August 06, 2020 as Doc. #24, as withdrawn without prejudice.

    Respectfully submitted,

    /s/ Antonio Bonanni, Esquire
    Antonio, Bonanni, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 322940
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: abonanni@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-12601-amc |
| Neal Weinstein | : Chapter 13 |
|     Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|     Movant | : |
|   vs. | : |
| Neal Weinstein | : |
|     Debtor/Respondent | : |
|   and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

### CERTIFICATE OF MAILING

I, Antonio Bonanni, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on March 30, 2021.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Michael P. Kutzer, Esquire
Via ECF
*Attorney for Debtor*

Neal Weinstein
3244 E Durham Place
Holland, PA 18966
Via First Class Mail
*Debtor*

Scott F. Waterman, Esquire
Via ECF
*Trustee*

                      /s/ Antonio Bonanni, Esquire
                      Antonio, Bonanni, Esquire
                      Hladik, Onorato & Federman, LLP
                      Attorney I.D. # 322940
                      298 Wissahickon Avenue
                      North Wales, PA 19454
                      Phone 215-855-9521
                      Email: abonanni@hoflawgroup.com