**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>**NEAL WEINSTEIN**<br>    **Debtor** | )<br>)<br>)<br>) | Chapter 13<br><br>Docket No. 20-12601-amc |
| | )<br>)<br>) | MOTION FOR STAY RELIEF<br>3244 Durham Place East, Holland, PA |
| SANTANDER BANK, N.A.<br>        Movant<br>    vs.<br><br>NEAL WEINSTEIN and KIMBERLY H. WEINSTEIN<br>        Respondents | )<br>)<br>)<br>)<br>)<br>)<br>) | |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF**
**FROM AUTOMATIC STAY FILED BY SANTANDER BANK, N.A.**

AND NOW, this 10th day of May, 2021, Santander Bank, N.A., hereby requests to withdraw its Motion for Relief from the Automatic Stay which was filed on March 30, 2021 (Document #53).

Dated:  May 10, 2021                              Respectfully Submitted,

                                                                    **GROSS MCGINLEY LLP**

                                                                    */s/Kellie Rahl-Heffner*
                                                                    Kellie Rahl-Heffner, Esq., PA Bar ID #200962
                                                                    *Attorney for Santander Bank, N.A.*
                                                                    33 S. 7th Street, PO Box 4060
                                                                    Allentown, PA 18105
                                                                    610-820-5450 (p); 610-820-6006 (f)
                                                                    krahl-heffner@grossmcginley.com