# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Neal Weinstein
                Debtor(s)

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, its successors and/or assigns
                Movant
vs.

Neal Weinstein
                Debtor(s)

Scott F. Waterman
                Trustee

CHAPTER 13

NO. 20-12601 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, which was filed with the Court on or about **March 19, 2021, docket number 52**.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
                _____
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: May 10, 2021