United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-12601-amc

Neal Weinstein                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 26, 2021 | Form ID: 155 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Neal Weinstein, 3244 E Durham Place, Holland, PA 18966-2904 |
| 14511981 | + | 633 Spirit Drive, Chesterfield, Missouri 63005-1243 |
| 14513099 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14597757 | + | Council Rock School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14579561 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14511290 | + | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield MO 63005-1243 |
| 14519316 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14519523 | | Santander Bank, NA, c/o Thomas A. Capehart, Esq., Attorney for Santander Bank, N.A., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4040 |
| 14511982 | + | Santander Consumer USA (P.O. Box 961245,, P.O. Box 961245, Fort Worth, Colorado 76161-0244 |
| 14571739 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14513004 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14584809 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14517811 | + | Specialized Loan Servicing, LLC, c/o Christopher A. DeNardo, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14582132 | | US Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14585628 | + | US Bank Trust National Association, Not In Its Ind, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14584807 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | May 27 2021 02:40:00 | Bridgecrest Credit Co., POB 29018, Phoenix, AZ 85038-9018 |
| 14511979 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | May 27 2021 02:40:00 | Bridgecrest Credit Co., PO Box 29018, Phoenix, Arizona 85038-9018 |
| 14526874 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14523745 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14511980 | | MOHELIA on behalf of SOFI |
| 14584808 | *+ | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company  LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC pabk@logs.com, logsecf@logs.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Council Rock School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com;ehutchinson@grossmcginley.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN M HLADIK | on behalf of Creditor Bridgecrest Credit Company  LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| THOMAS A. CAPEHART | on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Neal Weinstein Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 10

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Neal Weinstein
           Debtor(s)

Chapter: 13

Bankruptcy No: 20−12601−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this May 26, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                        Ashely M. Chan
                        Judge ,
                        United States Bankruptcy Court