| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12601-AMC**

Neal Weinstein  
3244 E Durham Place  
Holland  PA    18966

Petition Filed Date: 06/11/2020  
341 Hearing Date: 07/31/2020  
Confirmation Date: 05/26/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/29/2020 | $1,000.00 | 26526270442 | 09/29/2020 | $462.50 | 26526270453 | 12/03/2020 | $974.10 | |
| 12/08/2020 | $487.05 | | 01/12/2021 | $487.05 | | 02/09/2021 | $487.05 | |
| 03/09/2021 | $487.05 | | 04/13/2021 | $487.05 | | 05/11/2021 | $487.05 | |
| 06/08/2021 | $487.05 | | | | | | | |

**Total Receipts for the Period: $5,845.95    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,845.95**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $5,520.00 | $0.00 | $5,520.00 |
| 0 | MICHAEL P KUTZER ESQ (DECEASED) | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF SOFI »» 001 | Unsecured Creditors | $9,025.17 | $0.00 | $9,025.17 |
| 2 | FAY SERVICING LLC »» 002 | Secured Creditors | $34,890.00 | $0.00 | $34,890.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $464.98 | $0.00 | $464.98 |
| 4 | SANTANDER BANK NA »» 004 | Mortgage Arrears | $21,894.66 | $0.00 | $21,894.66 |
| 5 | SANTANDER BANK NA »» 005 | Unsecured Creditors | $1,797.53 | $0.00 | $1,797.53 |
| 6 | CROWN ASSET MANAGEMENT LLC »» 006 | Unsecured Creditors | $6,397.38 | $0.00 | $6,397.38 |
| 7 | BRIDGECREST CREDIT COMPANY LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $7,885.59 | $0.00 | $7,885.59 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $6,075.22 | $0.00 | $6,075.22 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $5,628.79 | $0.00 | $5,628.79 |

Chapter 13 Case No. 20-12601-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $5,845.95 | Current Monthly Payment: | $1,288.00 |
| Paid to Claims: | $0.00 | Arrearages: | $313.90 |
| Paid to Trustee: | $482.29 | Total Plan Base: | $69,271.85 |
| Funds on Hand: | $5,363.66 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.