UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Neil Weinstein

Debtor

Case No.: 20-12601
Adversary No.: ___
Chapter: 13
Judge: Ashely M Chan

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255

MC: 10-421-CP2

Reading, PA 19612

New Payment Address:

PO Box 847051

Boston, MA 02284-7051

Date: 10/17/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                             Chapter #13
Neil Weinstein                            Case No. 20-12601
                                                       Honorable Ashely M Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

       I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 17, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

       Signed under the penalties of perjury, this 17th day of October 2021.

                                                *Melissa A. Epler*
                                                Melissa A. Epler
                                                Santander Bank, N.A.
                                                Bankruptcy Administrator
                                                450 Penn Street
                                                Reading, PA 19602
                                                (484) 512-3552
                                                Email: DeftBkr@santander.us

VIA US MAIL
Neil Weinstein
3244 Durham Pl
Southampton, PA 18966

VIA ECF
Scott F Waterman
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606

Michael P Kutzer
Mpkutzer1@gmail.com