## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Neal Weinstein
      Debtor                     ) Chapter 13
                                  ) Bankruptcy Case No.20-12601
                                  )
                                  )

## PRAECIPE TO WITHDRAW NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES and CHARGES

AND NOW, this 16th day of June, 2023, Santander Bank, N.A., hereby withdraws, without prejudice, its Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on June 13, 2023, in connection with Claim Number 4 in the above matter.

Respectfully,

*Michele Green*

Michele Green
Bankruptcy Administrator
Santander Bank, N.A.
450 Penn St. MC: PA-450-FB1
Reading, PA  19602
484-512-3567