Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12601-AMC**

Neal Weinstein  
3244 E Durham Place  
Holland  PA    18966

Petition Filed Date: 06/11/2020  
341 Hearing Date: 07/31/2020  
Confirmation Date: 05/26/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $1,288.00 | | 09/13/2022 | $1,288.00 | | 10/12/2022 | $1,288.00 | |
| 11/08/2022 | $1,288.00 | | 12/13/2022 | $1,288.00 | | 01/11/2023 | $1,288.00 | |
| 02/14/2023 | $1,288.00 | | 03/14/2023 | $1,288.00 | | 04/11/2023 | $1,288.00 | |
| 05/09/2023 | $1,288.00 | | 06/13/2023 | $1,288.00 | | 07/12/2023 | $1,288.00 | |

**Total Receipts for the Period: $15,456.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,533.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $5,520.00 | $5,520.00 | $0.00 |
| 0 | MICHAEL P KUTZER ESQ (DECEASED) | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF SOFI »» 001 | Unsecured Creditors | $9,025.17 | $0.00 | $9,025.17 |
| 2 | FAY SERVICING LLC »» 002 | Secured Creditors | $34,890.00 | $17,583.65 | $17,306.35 |
| 3 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $464.98 | $0.00 | $464.98 |
| 4 | SANTANDER BANK NA »» 004 | Mortgage Arrears | $21,894.66 | $11,034.36 | $10,860.30 |
| 5 | SANTANDER BANK NA »» 005 | Unsecured Creditors | $1,797.53 | $0.00 | $1,797.53 |
| 6 | CROWN ASSET MANAGEMENT LLC »» 006 | Unsecured Creditors | $6,397.38 | $0.00 | $6,397.38 |
| 7 | BRIDGECREST CREDIT COMPANY LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $7,885.59 | $0.00 | $7,885.59 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $6,075.22 | $0.00 | $6,075.22 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $5,628.79 | $0.00 | $5,628.79 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,533.00 | Current Monthly Payment: | $1,288.00 |
| Paid to Claims: | $34,138.01 | Arrearages: | $1,114.85 |
| Paid to Trustee: | $3,222.91 | Total Plan Base: | $69,271.85 |
| Funds on Hand: | $1,172.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.