United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 20-12601-amc

Neal Weinstein                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Neal Weinstein, 3244 E Durham Place, Holland, PA 18966-2904 |
| cr | + | Council Rock School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2023 06:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2023 06:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 17 2023 06:40:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: DeftBkr@santander.us | Oct 17 2023 06:40:00 | SANTANDER BANK, N.A., Santander Bank, N.A., 450 Penn St., Mc: 10-421-MC3, Reading, PA 19602-1011 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 17 2023 06:40:00 | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Oct 17 2023 06:40:00 | SPECIALIZED LOAN SERVICING, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                          User: admin                                      Page 2 of 2
Date Rcvd: Oct 16, 2023                       Form ID: pdf900                             Total Noticed: 9

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company  LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC logsecf@logs.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Council Rock School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| MARK A. CRONIN | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN M HLADIK | on behalf of Creditor Bridgecrest Credit Company  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Neal Weinstein Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Neal Weinstein<br>    Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its<br>Individual Capacity But Solely As Owner Trustee<br>For VRMTG Asset Trust<br>    Movant<br>    vs. | NO. 20-12601 AMC |
| Neal Weinstein<br>    Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>    Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      As of September 29, 2023, the tax arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,668.97.**

2.      Debtor shall cure said arrearages in the following manner, Within fourteen (14) days of the filing of this Stipulation, Debtor shall make an immediate tender payment of the full tax arrearage of **$1,668.97**.

3.      Debtor shall maintain all future real estate taxes on the property.

4.      In the event the real estate taxes become delinquent again, under the terms of this stipulation, Movant shall make a full payment to the county or any taxing authority and therefore, shall notify the Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant  of its right

to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due

under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:    September 29, 2023

                                             **/s/ Mark A. Cronin, Esquire**
                                               Mark A. Cronin, Esquire
                                               Attorney for Movant


Date:  10-2-23

                                               Zachary Perlick, Esq.
                                               Attorney for Debtor(s)


Date:  10/4/2023                             */s/ Ann E. Swartz, for*
                                               Scott F. Waterman Esq.
                                               Chapter 13 Trustee


Approved by the Court this 13th day of ___October___, 2023.  However, the court
retains discretion regarding entry of any further order.

                                               Bankruptcy Judge
                                               Ashely M. Chan