UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Neal Weinstein

|  |  |
|---|---|
|  | Case No.: __20-12601_____ |
|  | Adversary No.: _____ |
| Debtor | Chapter: _____13_____ |
|  | Judge: _Ashley M Chan___ |

# CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: 10-421-MC3
Reading, PA 19602

New Payment Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date:  1/30/25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Neil Weinstein

Chapter #13  
Case No. 20-12601  
Honorable Ashely M Chan

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Miguelina Candelario of Santander Bank, N.A., do hereby certify that on January 30, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 30th day of January 2025.

*Miguelina Candelario*  
Miguelina Candelario  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3530  
Email: DeftBkr@santander.us

VIA US MAIL  
Neil Weinstein  
3244 Durham PL  
South Hampton, PA 18966

Scott Waterman  
2901 Saint Lawrence  
South Hampton, PA 18966

VIA ECF  
Michael P Kutzer  
MPKUTZER1@GMAIL.COM