Certificate Number: 05781-PAE-DE-040208494

Bankruptcy Case Number: 20-12601



05781-PAE-DE-040208494

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 16, 2025, at 10:50 o'clock PM PDT, Neal Weinstein completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 16, 2025           By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President