United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Neal Weinstein  
    Debtor

Case No. 20-12601-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 28, 2025      Form ID: 138OBJ      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Neal Weinstein, 3244 E Durham Place, Holland, PA 18966-2904 |
| 14511981 | + | 633 Spirit Drive, Chesterfield, Missouri 63005-1243 |
| 14597757 | + | Council Rock School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14511982 | + | Santander Consumer USA (P.O. Box 961245,, P.O. Box 961245, Fort Worth, Colorado 76161-0244 |
| 14584809 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14517811 | + | Specialized Loan Servicing, LLC, c/o Christopher A. DeNardo, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2025 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14513099 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 00:41:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14584807 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 29 2025 00:35:00 | Bridgecrest Credit Co., POB 29018, Phoenix, AZ 85038-9018 |
| 14511979 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 29 2025 00:35:00 | Bridgecrest Credit Co., PO Box 29018, Phoenix, Arizona 85038-9018 |
| 14579561 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 29 2025 00:34:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14511290 | | Email/Text: EBN@Mohela.com | Oct 29 2025 00:34:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield MO 63005 |
| 14526874 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 00:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14523745 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 00:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14519316 | + | Email/Text: DeftBkr@santander.us | Oct 29 2025 00:34:00 | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14973904 | + | Email/Text: DeftBkr@santander.us | Oct 29 2025 00:34:00 | Santander Bank, N.A.., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14519523 | ^ | MEBN | Oct 29 2025 00:28:17 | Santander Bank, NA, c/o Thomas A. Capehart, Esq., Attorney for Santander Bank, N.A., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |

Case 20-12601-amc    Doc 105    Filed 10/30/25    Entered 10/31/25 00:39:19    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| 14513004 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 29 2025 00:34:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14571739 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 29 2025 00:34:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14620271 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 00:41:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14582132 | ^ MEBN | Oct 29 2025 00:28:02 | US Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14585628 | ^ MEBN | Oct 29 2025 00:28:05 | US Bank Trust National Association, Not In Its Ind, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14511980 | | MOHELIA on behalf of SOFI |
| 14584808 | *+ | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

**Name**          **Email Address**

ANTONIO G. BONANNI
    on behalf of Creditor Bridgecrest Credit Company  LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Council Rock School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

SCOTT F. WATERMAN [Chapter 13]

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 28, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

    ECFMail@ReadingCh13.com

STEPHEN M HLADIK
    on behalf of Creditor Bridgecrest Credit Company  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Neal Weinstein Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 9

*Form 138OBJ* (6/24)−doc 104 − 102

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Neal Weinstein<br><br>  Debtor(s). | Case No. 20−12601−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 28, 2025

For The Court

Mohung Wong
Clerk of Court