United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12601-amc |
| Neal Weinstein | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Neal Weinstein, 3244 E Durham Place, Holland, PA 18966-2904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025                 Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company  LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Council Rock School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |

District/off: 0313-2                     User: admin                            Page 2 of 2
Date Rcvd: Oct 28, 2025                  Form ID: 234                       Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

STEPHEN M HLADIK
                        on behalf of Creditor Bridgecrest Credit Company  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
                        on behalf of Debtor Neal Weinstein Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com


TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Neal Weinstein

              Debtor(s)                               Case No:20−12601−amc

                                                                Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:


1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.


2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**


3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


                                                          For The Court



                                                          Mohung Wong
                                                          Clerk of Court

Date: 10/28/25