**Fill in this information to identify the case:**

Debtor 1    Neal Weinstein

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN    District of    PENNSYLVANIA
(State)

Case number    20-12601-amc

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST | **Court claim no. (if known)** 2 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX5226 | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | 3/24/2023, | (8) | $ 1,668.97 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Neal Weinstein | | Case number (*if known*) | 20-12601-amc |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Dane  Exnowski | | Date | 04/10/2023 |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print: | | Dane                              Exnowski | | Title | Authorized Agent |
| | | First Name   Middle Name   Last Name | | | |
| Company | | McCalla Raymer Leibert Pierce, LLC | | | |
| Address | | 1544 Old Alabama Road | | | |
| | | Number    Street | | | |
| | | Roswell            GA            30076 | | | |
| | | City        State        ZIP Code | | | |
| Contact phone | | 562-661-5060 | Email | Dane.Exnowski@mccalla.com | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | )    **Case No.** 20-12601-amc |
| Neal Weinstein | )    **Chapter** 13 |
| | ) |
| | )    **JUDGE:** ASHELY M. CHAN |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| Tax Advances (non-Escrow) | | $1,668.97 |
| 03/24/2023 | Property Taxes Advanced | $1,668.97 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES:**      **$1,668.97**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 20-12601-amc |
| Neal Weinstein | Chapter: 13 |
| | Judge: Ashely M. Chan |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Neal Weinstein
3244 E Durham Place
Holland, PA 18966

ZACHARY PERLICK                    (served via ECF Notification)
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]     (served via ECF Notification)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee              (served via ECF Notification)
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   04/12/2023      By:   /s/Dane Exnowski
                (date)               Dane Exnowski
                                     Authorized Agent for US Bank Trust National
                                     Association, Not In Its Individual Capacity But Solely
                                     As Owner Trustee For VRMTG Asset Trust